U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

May 26, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2022

VIA ECF
Hon. Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: *Shalin Ventura, et al. v. Mayorkas, et al.*, No. 22 Civ. 2633 (AT)

Dear Judge Torres:

This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate a Petition for Alien Relative (Form I-130). On behalf of the government, I write respectfully to request a thirty-day extension of the time to respond to the complaint (*i.e.*, from June 20, 2022, to July 20, 2022). In addition, I respectfully request that the deadline for the joint letter and jointly proposed Case Management Plan and Scheduling Order, currently due by May 30, 2022, *see* ECF No. 8, be extended to a date during the week of August 1, 2022.

I respectfully request these extensions because USCIS is reviewing the Form I-130 and needs additional time to determine next steps, which may include a Request for Evidence, Notice of Intent to Deny, or other adjudicatory action that could eventually render this matter moot. This is the government's first request for an extension of time. Plaintiffs consent to these requests.

I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    s/ *Jacqueline Roman*

GRANTED. By **July 20, 2022**, Defendant shall respond to the complaint, and by **August 1, 2022**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 26, 2022
New York, New York

ANALISA TORRES
United States District Judge